456 A.2d 1103

Commonwealth v. Holmes, Appellant.

Petition for Allowance of Appeal
Denied May 20, 1983.

 Submitted May 19, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and VAN der VOORT, JJ.

Judgment of sentence of the Court below is affirmed.